**Order entered July 21, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00964-CR

**DONNIE CHRISTOPHER JOHNSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-71543-M**

## ORDER

Before the Court is the State's July 20, 2022 second motion for an extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief received with the motion filed as of the date of this order.

/s/     ERIN A. NOWELL
         JUSTICE